**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSEPH SINGLETARY, | | No. 4:25-CV-02430 |
| Petitioner, | | (Chief Judge Brann) |
| v. | | |
| WARDEN FCI SCHUYLKILL, | | |
| Respondent. | | |

**ORDER**

**AND NOW**, this 22nd day of July 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Joseph Singletary's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge